UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Iva Bonelli<br>              Debtor<br><br>Eligio Bonelli<br>              Co-Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Chalet Series IV Trust<br>Movant<br>v.<br><br>Iva Bonelli<br>Eligio Bonelli<br>William C. Miller- Trustee<br>              Respondents | CASE NO.: 20-14471-elf<br><br>CHAPTER 13<br><br>Judge: Eric L. Frank<br><br>Hearing Date:<br>March 30, 2021 at 9:30 am<br><br>Objection Deadline:<br>March 22, 2021 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Chalet Series IV Trust has filed a Motion for Relief from Stay and Co-Debtor Stay with the Court in order to gain Court authority to foreclose on real property known as 13 Landmark Dr, Malvern, PA 19355.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 22, 2021 (14 days after the date the notice was mailed) you or your attorney must do all of the following:

    (a) file an answer explaining your position at

Clerk of Court
United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

Lorraine Gazzara Doyle
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 230
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on the 30th day of March, 2021, at 9:30 am, at Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: March 8, 2021

By:  /s/Lorraine Gazzara Doyle_____
    Lorraine Gazzara Doyle, Esq.
    FRIEDMAN VARTOLO LLP
    Attorneys for Movant
    1325 Franklin Avenue, Suite 230
    Garden City, New York 11530
    T: (212) 471-5100
    Bankruptcy@FriedmanVartolo.com

TO:

**Trustee**
William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

**Debtor's Counsel**
Anthony A. Frigo, Esquire
The Law Offices of Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**Debtor**
Iva Bonelli
13 Landmark Dr.
Malvern, PA 19355

**Co-Debtor**
Eligio Bonelli
13 Landmark Dr.
Malvern, PA 19355