UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Iva Bonelli<br>                    Debtor<br><br>Eligio Bonelli<br>                    Co-Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Chalet Series IV Trust<br>Movant<br>v.<br><br>Iva Bonelli<br>Eligio Bonelli<br>William C. Miller- Trustee<br>Respondents | CASE NO.: 20-14471-elf<br><br>CHAPTER 13<br><br>Judge:  Eric L. Frank<br><br>Hearing Date:<br>March 30, 2021 at 9:30 am |

**STIPULATION RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

  The stipulation set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

                _____
                                  U.S.B.J.

| | |
|---|---|
| Applicant: | SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Chalet Series IV Trust |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Anthony A. Frigo, Esq. |
| Property (Collateral): | 13 Landmark Dr, Malvern, PA 19355 |

Relief Sought:

- Relief from Automatic Stay and Co-Debtor Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of Arrearages:

- The Debtor is due for **4** months, from **January 1, 2020** to **April 1, 2021**.

- The Debtor is due for **4** payments at **$1,164.89** per month.

- Fees and costs at **$588.00**

- Accrued Late Charges of **$145.80**

- Less suspense balance of **$1,021.93**

    Total Arrearages Due: **$4,371.43**

2. Cure for Post-Petition Arrearages:

- The total arrears in the amount of **$4,371.43** will be payable through a modified Chapter 13 Plan to be filed within **fourteen (14)** days of the entry of this Order.

- Beginning on **May 1, 2021**, regular monthly payments shall resume in the amount of **$1,164.89** or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

| | |
|---|---|
| Payments: | SN Servicing Corporation<br>P.O. Box 660820<br>Dallas, TX 75266 |

In the event of default:

If the Debtor fails to timely file a modified plan as specified above or fails to make regular monthly payments within thirty (30) days of the date the payments are due, then the Secured Creditor may send Debtor and Debtor's Counsel a Notice of Default.  If Debtor does not cure the stated default within ten (10) days of receipt of Notice, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

4. Award of Attorney's Fees:

- The Applicant is awarded Attorney's Fees in the amount of **$400.00** and Attorney's Costs in the amount of **$188.00**, which are included in the arrears amount.

The undersigned hereby consent to the form and entry of the foregoing order.


/s/ Anthony A. Frigo                                     /s/ Lorraine Gazzara Doyle
Anthony A. Frigo, Esq.                                Lorraine Gazzara Doyle, Esq.
*Attorney for Debtor*                                  *Attorney for Secured Creditor*


/s/ LeRoy W. Etheridge for
William C. Miller
*Trustee*
** No objection to terms, without
prejudice to any of our rights and remedies.