# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 20-14471-ELF

IVA BONELLI

13 LANDMARK DR.

MALVERN, PA 19355

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  IVA BONELLI

  13 LANDMARK DR.

  MALVERN, PA 19355

Counsel for debtor(s), by electronic notice only.

  ANTHONY A FRIGO ESQ
  175 STRAFFORD AV
  SUITE 1
  WAYNE, PA 19087-

Date: 3/7/2022

/S/ Kenneth E. West
_____

  Kenneth E. West, Esquire
  Chapter 13 Standing Trustee