UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Iva Bonelli<br>Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Chalet Series IV Trust<br>Movant<br>v.<br><br>Iva Bonelli<br>Eligio Bonelli- Co-Debtor<br>Kenneth E. West - Trustee<br>Respondents | CASE NO.: 20-14471-elf<br><br>CHAPTER 13<br><br>JUDGE: Eric L. Frank |

## CERTIFICATION OF DEFAULT

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge Eric L. Frank on May 13, 2021. A copy of the Stipulation is attached hereto as Exhibit "A". Movant certifies that the required Notice of Default required by the Order was sent to Debtor and Debtor's attorney on February 16, 2022 and Debtor has failed to cure the default. A copy of the Notice of Default is attached hereto as Exhibit "B". In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's property.

Dated: March 14, 2022

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com