United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-14471-elf
Iva Bonelli | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jul 18, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Iva Bonelli, 13 Landmark Dr., Malvern, PA 19355-2468 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Defendant Iva Bonelli anthonyfrigo@msn.com   frigoar70666@notify.bestcase.com |
| ANTHONY A. FRIGO | on behalf of Debtor Iva Bonelli anthonyfrigo@msn.com   frigoar70666@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Chalet Series IV Trust lmoyer@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ldoyle@milsteadlaw.com   bankruptcy@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Chalet |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Series IV Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Plaintiff NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Iva Bonelli<br>               Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Chalet Series IV Trust<br>               Movant<br>v.<br><br>Iva Bonelli<br>Eligio Bonelli<br>William C. Miller - Trustee<br>               Respondents | CASE NO.: 20-14471-elf<br><br>CHAPTER 13<br><br>JUDGE: Eric L. Frank |

**ORDER APPROVING SETTLEMENT STIPULATION**

AND NOW, this 15th day of July, 2022, it is hereby ORDERED ~~and DECREED~~ that the Settlement Stipulation resolving Creditor, SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Chalet Series IV Trust's Certification of Default (Doc. # 110) is hereby APPROVED.

_____
Eric L. Frank, Bankruptcy Judge