*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Iva Bonelli
    Debtor(s)

Case No: 20–14471–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection to Certification of Default

    on: 9/27/22

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/15/22

Timothy B. McGrath
Clerk of Court