UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Iva Bonelli : Chapter 13
: No.   20-14471
:

# O R D E R

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of **$8,500.00**.*

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense the allowed compensation set forth in ¶2 to the extent such distribution is authorized under the terms of the Chapter 13 Plan as Amended.

**Date:**   11/25/22

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

* Accepting counsel's hourly rate as stated in the Application, I have made a modest reduction because certain time entries appear excessive.  See, e.g. the entries dated 2/11/22 and 5/5/22.