# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 20-14471-ELF

IVA  BONELLI

13 LANDMARK DR.

MALVERN, PA 19355

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    IVA  BONELLI

    13 LANDMARK DR.

    MALVERN, PA 19355

Counsel for debtor(s), by electronic notice only.

    ANTHONY A FRIGO ESQ
    175 STRAFFORD AVENUE
    SUITE ONE
    WAYNE, PA 19087-

Date: 1/26/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee