UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Iva Bonelli<br>                      Debtor<br><br>Eligio Bonelli<br>                      Co-Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Chalet Series IV Trust<br>Movant<br>v.<br><br>Iva Bonelli<br>Eligio Bonelli<br>William C. Miller- Trustee<br>Respondents | CASE NO.: 20-14471-pmm<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer |

## PRAECIPE TO WITHDRAW

TO THE CLERK:

Kindly withdraw the Certification of Default filed SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Chalet Series IV Trust on November 8, 2023 at Docket #175.

Dated: December 15, 2023

By:  /s/ *Lauren M. Moyer*
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Iva Bonelli<br>                   Debtor<br><br>Eligio Bonelli<br>                   Co-Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association, as Trustee of the Chalet Series IV Trust<br>Movant<br>v.<br><br>Iva Bonelli<br>Eligio Bonelli<br>William C. Miller- Trustee<br>Respondents | CASE NO.: 20-14471-pmm<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer |

## **CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW**

I certify under penalty of perjury that I caused to be served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 15, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: December 15, 2023

By:  /s/  *Lauren M. Moyer*
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

# SERVICE LIST

**Trustee**
William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

**Debtor's Counsel**
Anthony A. Frigo, Esquire
The Law Offices of Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**Debtor**
Iva Bonelli
13 Landmark Dr.
Malvern, PA 19355

**Co-Debtor**
Eligio Bonelli
13 Landmark Dr.
Malvern, PA 19355