**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Iva Bonelli | CHAPTER 13 |
| <u>Debtor(s)</u> | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | |
| <u>Movant</u> | |
| vs. | NO. 20-14471 PMM |
| Iva Bonelli | |
| <u>Debtor(s)</u> | |
| Kenneth E. West Esq. | 11 U.S.C. Section 362 |
| <u>Trustee</u> | |

**<u>ORDER</u>**

AND NOW, this __22nd__ day of __January__, 2024 at Philadelphia, upon ~~confirmation~~ consideration of this it is hereby
Stipulation ~~is~~ it ORDERED ~~AND DECREED~~ that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge