**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| IN RE:  Iva Bonelli | : | Chapter 13 |
| Debtor(s) | : | |
| | : | No.     20-14471 PMM |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The debtor(s), Iva Bonelli, has/have filed a Motion For Court Approval of Modification of the Amended Chapter 13 Plan with the court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case/adversarial proceding. (If you do not have an attorney, you may wish to consult one.)**

1.    If you do not want the court to grant the releif sought in the motion or if you want the court to consider your views on the motion, then on or before February 22, 2024 you or your attorney must do <u>all</u> of the following:

(a)  file an answer explaining ypour position at

Clerk of the Bankruptcy Court
United States Bankruptcy Court
For the Eastern District of Pennsylvania
Robert C. Nix Building
900 Market Street
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the movant's attorney:

Anthony A. Frigo
The Law Offices of Anthonyt A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087
(610) 687-7784

1.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

2.    A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on February 27, 2024 at 1:00 PM in Courtroom #1, United States Bankruptcy Court, Robert C. Nix Sr. Building, 900 Market Street, Philadellphia, PA 19107.  Judge Mayer's Tuesdays 1 P.M. lists are conducted via ZOOM. The ZOOM link is posted at the top of each Tuesday's list.  The List may beaccessed online at:

**https://www.paeb.uscourts.gov/content/judges-calendar-and-date-listings**.

3.     If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4.     You may contact the Bankruptcy Court Office at (215) 408-2800 to find out if the hearing has been cancelled because no one filed an answer.

Date: <u>February 1, 2024</u>