*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Iva Bonelli
    Debtor(s)

Case No: 20–14471–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust Filed by Iva Bonelli.

on: 7/10/24

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/17/24

Timothy B. McGrath
Clerk of Court

213 – 212
Form 167