UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OFPENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE:  Iva Bonelli | : | Chapter 13 |
| Debtor(s) | : | |
| | : | No.        20-14471 PMM |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter

13 Plan (doc. # 188, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 215) is approved.

_____

Patricia M. Mayer

United Staes Bankruptcy Judge

Cc:  See attached service list

## Debtor

Iva Bonelli
131 Landmark Dr.
Malvern, PA 19087

## Debtors Attorney

Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

All Interested Parties

## Trustee

Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

## United States Trustee

Office of the U.S. Trustee
Via ECF