UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Iva Bonelli | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| | : | No.        20-14471 PMM |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 188, the "Motion");

It is hereby ordered that

1) The Motion is granted; and

2) The Modified Plan (doc. # 215) is approved.

Dated: 7/10/24

_Patricia M. Mayer_

Patricia M. Mayer

United Staes Bankruptcy Judge