UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Iva P. Bonelli<br>              Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust<br>v.<br><br>Iva P. Bonelli<br>Kenneth E. West<br>              Respondents | CASE NO.: 20-14471-pmm<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer<br><br>Hearing Date:<br><br>Objection Deadline: |

## **PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAUT**

TO THE CLERK:

Kindly withdraw the Certification of Default filed by Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust on September 17, 2024, at Docket 223.

Dated: November 15, 2024

                                              By: /s/  Lauren M. Moyer
                                              Lauren M. Moyer, Esq.
                                              **FRIEDMAN VARTOLO LLP**
                                              Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust
                                              1325 Franklin Avenue, Suite 160
                                              Garden City, NY 11530
                                              T: (212) 471-5100
                                              F: (212) 471-5150
                                              Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Iva P. Bonelli<br>           Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust<br>v.<br><br>Iva P. Bonelli<br>Kenneth E. West<br>           Respondents | CASE NO.: 20-14471-pmm<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer<br><br>Hearing Date:<br><br>Objection Deadline: |

**CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW**

I certify under penalty of perjury that I caused to be served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 15, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 15, 2024

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

## SERVICE LIST

**Service by Regular Mail**

Iva P. Bonelli
13 Landmark Dr.
Malvern, PA 19355
Debtor

Elgio Bonelli
13 Landmark Dr.
Malvern, PA 19355
Co-Debtor

**Service by NEF**

Kenneth E. West
1234 Market Street, Suite 1813
Philadelphia, PA 19107
Bankruptcy Trustee

ANTHONY A. FRIGO, ESQ.
175 Strafford Ave, Suite One
Wayne, PA 19087
Attorney

United States Trustee
Robert N.C. Nix Federal Building - Suite 320, 900 Market Street
Philadelphia, PA 19107
United States Trustee