United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-14471-pmm

Iva Bonelli     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Dec 05, 2025     Form ID: pdf900     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Iva Bonelli, 13 Landmark Dr., Malvern, PA 19355-2468 |
| 14633540 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Rebecca Solarz,Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14565136 | + | Nationstar Mortgage LLC, dba Mr Cooper, c/o Andrew M. Lubin, Esquire, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 14561669 | | Sn Serviceing Corp. FBA US Bank Trust, N, 235 5th St., Eureka, CA 95501 |
| 14577859 | + | US Bank Trust NA, c/o Lorraine Gazzara Doyle, Esq., FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 06 2025 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 06 2025 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2025 00:36:32 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | ^ | MEBN | Dec 06 2025 00:23:12 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14563965 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2025 00:35:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14745336 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2025 00:31:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14906652 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2025 00:31:00 | Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14633482 | ^ | MEBN | Dec 06 2025 00:23:11 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14574779 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2025 00:31:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 14578767 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2025 00:47:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14578855 | ^ | MEBN | Dec 06 2025 00:23:04 | U.S. Bank Trust National Association,, as Trustee |

Case 20-14471-pmm    Doc 243    Filed 12/07/25    Entered 12/08/25 00:36:04    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 05, 2025 | Form ID: pdf900 | Total Noticed: 16 |

                                                          Chalet Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee o |
| 14564826 | ##+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2025                                 Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Defendant Iva Bonelli anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| ANTHONY A. FRIGO | on behalf of Debtor Iva Bonelli anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Plaintiff NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust bkecf@friedmanvartolo.com |
| ROGER FAY | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust rfay@alaw.net, bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rfay@alaw.net bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Iva Bonelli**                              ) Chapter 13
                                                    )
                                                    )
                                                    )
            Debtor.                                 ) Bankruptcy. No. **20-14471-pmm**

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      **AND NOW**, in consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee") (hereinafter "the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the United States Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend payments in the possession of the aforesaid Trustee shall not revest in the entity in which such property had vested immediately prior to the commencement of this case. **All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).**

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties **within five (5) days** of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been accomplished **within fifteen (15) days** of the entry of this Order.

Date: **December 4, 2025**

_Patricia M. Mayer_
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge